IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TALL CITY EXPLORATION, LLC and GEMINI INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) Civil Action No. 1:16-CV-177-C |

### ORDER

The parties have indicated to the Court that they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file the papers necessary to dismiss this action on or before 60 days from the date of this order.

SO ORDERED this 5-th day of September, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE