UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:16-cv-00177 |
| TALL CITY EXPLORATION, LLC AND GEMINI INSURANCE COMPANY, | § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Liberty Mutual Fire Insurance Company and Defendants Tall City Exploration, LLC and Gemini Insurance Company (collectively, the "Parties") file this *Stipulation of Dismissal with Prejudice* and respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now requests that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed in its entirety with prejudice to the re-filing of same.

Respectfully submitted this 16th day of October, 2017.

Respectfully submitted,

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545
**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
colin.batchelor@tb-llp.com

**ATTORNEYS FOR PLAINTIFF LIBERTY MUTUAL FIRE INSURANCE COMPANY**


*/s/ Marcus R. Tucker – with permission*
Marcus R. Tucker
Texas Bar No. 20282360
Federal ID No. 12769
**PHELPS DUNBAR LLP**
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
marcus.tucker@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS GEMINI INSURANCE COMPANY and TALL CITY EXPLORATION, LLC**

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the *Stipulation of Dismissal with Prejudice* has been forwarded to Defendants' Representatives on October 16, 2017, ***via the Court's E-file service***:

Marcus R. Tucker
Michael E. Streich
PHELPS DUNBAR LLP
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
marcus.tucker@phelps.com
michael.streich@phelps.com

              */s/ Mark D. Tillman*
              MARK D. TILLMAN