IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TALL CITY EXPLORATION, LLC, and GEMINI INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) Civil Action No. 1:16-CV-177-C |

## AGREED ORDER OF DISMISSAL

The Court having considered the parties' Stipulation of Dismissal With Prejudice, filed October 16, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring same.

SO ORDERED this 20th day of October, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE